# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0165

_____

HARRY F. MCCRAY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

July 11, 2018

PER CURIAM.

AFFIRMED. *See Romero v. State*, 105 So. 3d 550, 552-54 (Fla. 1st DCA 2012) (holding that *Graham v. Florida*, 560 U.S. 48 (2010), does not apply to an 18-year-old defendant, notwithstanding the juvenile nature of the defendant's mental and emotional development), *rev. denied*, 131 So. 3d 789 (Fla. 2013).

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Harry F. McCray, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.